# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 705, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> L. NEILL CARTAGE CO., et. al. ) <br> ) <br> Defendants. ) | Case No. 19-cv-7176 <br><br> Judge Andrea R. Woods <br><br> Magistrate Judge: Jeffrey Cummings |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Teamsters Local Union No. 705 and Defendants L. Neill Cartage Co., Inc. and T.R.N. Transportation, Inc., by their undersigned counsel, hereby stipulate that this action be dismissed, with prejudice, with each party to bear its own costs.

Dated: August 15, 2022.

Respectfully Submitted,

**Teamsters Local Union No. 705**

**L. Neill Cartage Co., Inc. and T.R.N. Transportation, Inc.**

/s/ *Kristian G. Parker*
One of Its Attorneys
Khristian G. Parker
Alexis M. Tillett-Saks
TEAMSTERS LOCAL UNION NO. 705
1645 W. Jackson Blvd., 7th Floor
Chicago, IL 60612
Tel: 312.738.2800
kparker@L705ibt.org
ats@L705ibt.org

N.Elizabeth Reynolds
ALLISON, SLUTSKY, & KENNEDY, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606
Tel: 312.364.9400
reynolds@ask-attorneys.com
*Attorneys for Plaintiff*

/s/ *Donald J. Vogel*
One of Its Attorneys
Donald J. Vogel
Caroline D. Milner
Michael D. Reed
Sara L. Pettinger
SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
30 W. Monroe Street, Suite 1600
Chicago, IL 60603
Tel: 312.255.7200
dvogel@scopelitis.com
cmilner@scopelitis.com
mreed@scopelitis.com
spettinger@scopelitis.com
*Attorneys for Defendants*

4870-9943-6334